

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIP CODE 78701
$ 00.40⁶
APR 22 2015

RTS
dischage

RE: WR-82,923-01

JESSE VASQUEZ
DANIEL UNIT - TDC # 1315560
938 SOUTH FM 1673

Dalhart
11 950 Fm 988
Dalhart, TX 99022
UTF

DH